Your honor I would like to take this time to tell you a little about my son with hopes that you would consider the challenges he faced throughout his life which may have had an impact on why he choose the wrong path. Your Honor, my son grew up in a household where there was no father and a mother who worked double 2-3 jobs to maintain a household. Arthur was very good in school. He mastered all the sports. He went to church. Arthur has been in and out of jail his entire life. He has not had a chance to function in the real world. My son was diagnosed with a mental problem at a early age. Your honor, I have dedicated 28 years of my life to the Federal Government and because of that my son hated that I could not raise him as I should. I have always taught my son to tell the truth. That may be the reason why he confessed. My son had no reason for the choices he has made, I believe he is crying for attention and no one is hearing him. My son needs to be placed a mental facility for help. As a child, I could not provide the help he needed because I was trying to avoid getting on the Welfare. When my son left home in June of last year, his goal was to take care of his children. He understands that he went about it the wrong way. My son has now been incarcerated for over a year. I speak to him on the phone and I am convinced that he has learned his lesson. My son has not hurt anyone physically, I see on the news everyday and I see rapist and murders who get 4 years, yet my son who has not hurt anyone they are trying to give him years and years. Your honor my son was found guilty for 12 robberies in one month. I don't know if he was on drugs or something because he has never did anything like this in his life. I ask you to please consider the fact that I believe he has accepted the fact that he did wrong, please consider that this young man has three children, please consider that fact that my son has not had a chance to experience the real world. Please consider the fact that he has hurt no one.. Your honor please give my son a chance to take care of his children, to be a father. Sometimes I feel like there is no one to help our sons. In this case your honor their were five attorneys against one, I feel like my son did not have a chance. Your Honor, Im praying that you will find in your heart to be compassionate and allow my son a chance to live for once in his life. Give him the opportunity to grow and take care of his children. I understand that what his did was wrong but he has matured and I will help him every step of the way to change if you should find it in your heart to show compassion. when sentencing my son. Your i love my son, I do and I wish there was a way I could switch places with him so he could at least have a chance to experience life.

Thank you,

Carolyn Biles

December 30, 2016

Dear Honorable Judge Allen,

My name is Arthur Brown Jr. I am the father of Arthur D. Santiful. At this writing, I am hard pressed, deeply apologetic, and both embarrassed and heartbroken to even have to write to you.

I have not seen my son in almost 13 years. I have tried to find him through his family, and social media to no avail. I only know where he is now because of seeing his picture on channel 13 news. I was (to say the least) crushed to the core! When I last saw him, he was an adolescent and now he is a grown man, on television wanted for taking something that wasn't his. And doing so with gross disrespect.

Your Honor... In no way am I writing with the intention of asking you to bend or twist the law, or to sway your decision. I just would like to express my feelings and hopes about, my son, this case, and his sentencing. I Love my son, I always have. And even though I have paid many years of child support. And have tried to touch his life with the masculine hand. I failed! I refuse to play the "blame game", as I know that MY part was NOT as it should have been. My wife reminds me of that frequently yet respectfully. My son has had mental issues for a long time and that fact has always been swept under the rug. Not an excuse, I just regret not taking on my responsibility and following what Proverbs 19:18 says: "discipline your son while there is still hope". I have 3 grandchildren Your Honor, his children, that I have never met. 3,7, and 18 months old. I am at my lowest, most humble place, petitioning you for leniency when sentencing him. I know that you are sick and tired of families of offenders pleading with you for their loved ones. I am in no way trying to manipulate you, or disrespect your position! Please Judge Allen, allow my grandchildren a chance especially my 18-month-old grandson the chance to have his father in his life, I would hate for my grandson to come anywhere even remotely close to the scenario that you must see I'm sure each day. I'm sorry If I seem to be rambling on.

I TRULY DO NOT KNOW WHAT TO SAY!

I know that he must pay for his actions. God has used discipline to correct mankind since the beginning. Revelation 3:19 says "all those whom God loves he reproves and disciplines. It also admonishes the sinner to repent. I am in total agreeance with that!!

And even though No discipline seems to be joyous in the beginning, after the painful effects of discipline wear off, its beneficial if that one is trained by it for the good. ( cvmncvx
jk                                                                                              Hebrews 12:11)

I am so depressed for the victims and their families. In speaking with my son, he seems to be sincerely regretful. He reasons that he had to feed his babies. I DUG in! I first commended him on wanting to take responsibility for his (unlike me) the I told him that a real man works Hard

and Honest to provide for their family. Just like those victims were when this crime was committed. Please Your Honor I ask for leniency for my son. If there is anything that you need to ask of me you may call me to the stand because I will be there!

Thank You VERY much for taking the time to even read this letter.

I am so depressed and ashamed. Thank You again!


Arthur T. Brown Jr.



Center for
Behavioral Health

December 20, 2016

Dear Melinda R. Glaubke,

With this letter, I regret to inform you that Mr. Arthur Santiful's (DOB: 08-19-1989) records have exceeded the time limit for our Record Retention policy. Our policy states that our facility will only keep records 10 years after the patient's discharge date. In our current system, Mr. Arthur Santiful's name and date of birth is present, however, there is no indication on which dates he received treatment.

Please contact the Health Information Management Department if you have any further questions. We will be glad to assist you on this matter. Thank you.

*Courtney Faison*

HIM Coordinator/Privacy Officer
Kempsville Center for Behavioral Health
757-455-0223
Courtney.Faison@uhsinc.com



# COMMONWEALTH OF VIRGINIA

Andrew K. Block, Jr.
Director

## Department of Juvenile Justice

October 19, 2016

Melinda R. Glaubke
Slipow, Robusto & Kellam, P.C.
Attorneys and Counselors at Law
2476 Nimmo Parkway, Suite 121
Virginia Beach, VA 23456

**Re: Arthur Santiful**

Ms. Glaubke:

On August 9, 2016, the Department of Juvenile Justice received a records request for the individual mentioned above.

DJJ was unable to locate any records responsive to this request because they have been destroyed.

Please feel free to contact me with any questions or concerns.

Sincerely,

Lara Kate Jacobs Todd
Department of Juvenile Justice